# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Alexander G. Malyshev**
**Partner**
•
*Direct Dial (212) 238-8618*
*E-mail: malyshev@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

January 25, 2021

**VIA ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

  Re: *Harbor Park Realty, LLC, et al. v. World Business Lenders, LLC, et al.*
     Case No.: 2:19-cv-06971(JMA)

Dear Judge Azrack:

  This firm represents Defendants World Business Lenders, LLC and Axos Bank (collectively, the "Corporate Defendants"). We write to follow up on our January 15, 2021 letter, which renewed the Corporate Defendants' prior request for a pre-motion conference and requested that the Court set a briefing schedule for the Corporate Defendants' proposed motion to dismiss the Amended Complaint. *See* Dkt. No. 31. Plaintiffs have now missed the seven-day deadline to respond to the letter. *See* the Court's Individual Rules ¶ IV(B). Accordingly, the Corporate Defendants respectfully request that the Court so-order the following briefing schedule for the proposed motion:

- February 15, 2021 – motion to be filed
- March 15, 2021 – opposition due date
- April 5, 2021 – reply due date

           Respectfully submitted,

           /s/ Alexander G. Malyshev

           Alexander G. Malyshev

cc: All Counsel of Record Via ECF

9792248.4