# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Alexander G. Malyshev**
**Partner**
•
*Direct Dial (212) 238-8618*
*E-mail: malyshev@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

February 26, 2021

**VIA ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re: *Harbor Park Realty, LLC, et al. v. World Business Lenders, LLC, et al.*
Case No.: 2:19-cv-06971(JMA)

Dear Judge Azrack:

This firm represents Defendants World Business Lenders, LLC ("WBL") and Axos Bank (sued as Axos Bank f/k/a B-of-I Federal Bank) ("Axos") (collectively, the "Corporate Defendants"). We write to request a conference with the Court to discuss (1) the application of Plaintiffs' counsel to withdraw (Dkt # 33), and (2) the Corporate Defendants' request to be allowed to move to dismiss the Amended Complaint pursuant to FRCP 12(b)(6) or, in the alternative, to request that the court dismiss the complaint without prejudice under FRCP 41(a)(2) (Dkt # 34).

It has now been approximately a month since Plaintiffs' counsel made his application, but there has been no indication that Plaintiffs retained new counsel or are in any way prosecuting this action. This continued delay is prejudicial to the Corporate Defendants and is wasteful of the Court's limited resources.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Alexander G. Malyshev

Alexander G. Malyshev

cc: All Counsel of Record Via ECF

9796356.2