UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACOB ADONI and HARBOR PARK REALTY, LLC,

                Plaintiffs,

-against-

WORLD BUSINESS LENDERS, LLC, AXOS BANK
f/k/a B-of-I FEDERAL BANK and CIRCADIAN
FUNDING, LLC,

                Defendants.
------------------------------------------------------------------X

2:19-cv-06971-JMA-ARL

**DEFENDANT'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

| | |
|---|---|
| MOTION BY: | Nicholas P. Giuliano, Esq.<br>Giuliano McDonnell & Perrone, LLP<br>*Attorneys for Defendant*<br>Circadian Funding, LLC<br>170 Old Country Road, Suite 608<br>Mineola, New York, 11501<br>Tel:   (646) 328-0120<br>Fax:   (646) 328-0121 |
| DATE and TIME: | Pursuant to the Individual Rules of Judge Joan M. Azrack, U.S.D.J. |
| PLACE: | United States District Court<br>Eastern District of New York<br>100 Federal Plaza<br>Central Islip, New York 11722<br>Courtroom Room 920 |
| SUPPORTING PAPERS: | Declaration of Nicholas P. Giuliano, Esq., dated September 3, 2021, the documents referred to therein, and the accompanying Memorandum of Law, dated September 3, 2021. |
| RELIEF DEMANDED: | Pursuant to Federal Rules of Civil Procedure 12(b) and 4, an order dismissing the plaintiffs' amended complaint for: (1) failure to serve defendant Circadian properly under Federal Rule 4; (2) failure to comply with the Court's order regarding retention of new counsel, and (3) such other, further, and different relief as may be just, proper, and equitable. |

ANSWERING PAPERS:   Pursuant to scheduling order, September 17, 2021

REPLY PAPERS:   Pursuant to scheduling order, September 24, 2021

Dated:   Mineola, New York
September 3, 2021

          Giuliano McDonnell & Perrone, LLP
          *Attorneys for Defendant*
          *Circadian Funding, LLC*

          _____
          Nicholas P. Giuliano, Esq.
          170 Old Country Road, Suite 608
          Mineola, New York 11501
          Tel:   (646) 328-0120
          Fax:   (646) 328-0121
          ngiuliano@gmplawfirm.com

To:  All Counsel of Record via ECF