# Nicholas P Giuliano

| | |
|---|---|
| **From:** | Marcus Nussbaum <marcus.nussbaum@gmail.com> |
| **Sent:** | Friday, January 3, 2020 11:22 AM |
| **To:** | Nicholas P Giuliano |
| **Subject:** | Re: Adoni v. WBL |

Nick,

Confirmed. It was a pleasure speaking with you this morning.

Have a great weekend.

Marc

On Fri, Jan 3, 2020, 11:08 AM Nicholas P Giuliano <ngiuliano@gmplawfirm.com> wrote:

> Mark:
>
> As I mentioned this morning, I am representing Circadian in this action.  I'm writing to confirm an open-ended extension of time to answer the complaint.  The court recently so-ordered a motion to extend WBL and Axos Bank's motion for an extension to and including January 21, 2020.  Circadian will answer after the court rules on the motion to remand.  If I've made a mistake in summarizing our understanding, lease let me know.  Thank you for the courtesy.  Regards, Nick Giuliano
>
> **Nicholas P. Giuliano,** *Partner*
>
> **Giuliano McDonnell & Perrone, LLP**
>
> | **New York City** | **Long Island** |
> |---|---|
> | 5 Penn Plaza | 170 Old Country Rd Suite 608 |
> | 23rd Floor | |
> | New York, NY 10001 | Mineola, NY 11501 |
> | Tel:   (646) 328-0120 | Tel:     (516) 214-8448 |
> | Fax: (646) 328-0121 | Fax:    (516) 414-7905 |
> | Cell:  (516) 446-5456 | www.gmplawfirm.com |
>
> We strive to be paperless - please send all postal mail to our Long Island office
>
> ---
>
> **Notice:** This message, and any attached file(s), is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that

1